**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Rex A. Huselton** | Social Security number or ITIN  **xxx–xx–9881** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Connie E. Huselton** | Social Security number or ITIN  **xxx–xx–0035** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | Date case filed for chapter  **7**   **2/26/19** |
| Case number: | **19–20710–GLT** | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Rex A. Huselton | Connie E. Huselton |
| 2. | **All other names used in the last 8 years** | | aka Connie Esther Huselton |
| 3. | **Address** | PO Box 116<br>North Washington, PA 16048–0116 | PO Box 116<br>North Washington, PA 16048–0116 |
| 4. | **Debtor's attorney**<br>Name and address | Anthony M. Moody<br>Moody Law Offices<br>90 WEST CHESTNUT STE 603<br>WASHINGTON, PA 15301–4524 | Contact phone 412–227–0867<br><br>Email: amoody@moodylawoffices.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Robert Shearer<br>5703 Brewster Lane<br>Erie, PA 16505 | Contact phone 814 504 2613<br><br>Email: information@robertshearer.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page **1**

Debtor **Rex A. Huselton** and **Connie E. Huselton**                                                                                          Case number **19–20710–GLT**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office:<br>9:00a.m. – 4:30p.m. Erie Office:<br>9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 3/5/19 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 1, 2019 at 03:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Liberty Center, 7th Floor, Room 740, 1001 Liberty Avenue, Pittsburgh, PA 15222** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 5/31/19** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                            page **2**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Rex A. Huselton
Connie E. Huselton
aka Connie Esther Huselton**
   Debtor(s)

Bankruptcy Case No.: 19–20710–GLT
Chapter: 7

Whereas, Federal Rule of Bankruptcy Procedure 1007(c) requires an individual Debtor(s) to file a statement regarding completion of a course in personal financial management within 60 days after the first date set for the meeting of creditors under §341 of the Bankruptcy Code in a Chapter 7 case and,

Whereas, 11 U.S.C. § 727 (a)(11) states that the Court shall not grant a discharge unless the Debtor(s) completes an instructional course concerning personal financial management after filing the petition,

It is hereby ordered that this case shall be closed without entry of a discharge on the 75th day after the first date set for the meeting of creditors unless, within the 60 days after the first date set for the meeting of creditors, the Debtor(s) files a certification that the course in personal financial management described in 11 U.S.C. § 111 was completed. The certification must substantially conform to Official Form No. 423, Certification of Completion of Instructional Course Concerning Personal Financial Management. The Court may delay closing this case without further order or notice.

It is further ordered that a Debtor(s) who cannot meet the requirement of attending the personal financial management course due to incapacity, disability or active military duty in a military combat zone must file a motion with the court to be excused from attending the course within 60 days after first date set for the meeting of creditors. The case shall be closed without entry of a discharge if the Debtor(s) fails to timely file the motion.

Dated: March 5, 2019

<u>Gregory L. Taddonio</u>
United States Bankruptcy Judge

## REMINDER TO COUNSEL

Before filing: Generally, a person is ineligible to be a Debtor unless he/she has taken a credit counseling course within 180 days before filing a petition, and files the certificate. 11 U.S.C. Section 109(h)(1).

After filing: A Chapter 7 Debtor is ineligible for a discharge if he/she has not, within 60 days after the first date fixed for the 341 meeting, filed the certificate of having taken the personal financial management course (Official Form 423). 11 U.S.C. Section 727(a)(11) and Rule 1007(b)(7).

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 19-20710-GLT
Rex A. Huselton                                                       Chapter 7
Connie E. Huselton
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: lfin             Page 1 of 2          Date Rcvd: Mar 05, 2019
                              Form ID: 309A          Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 07, 2019.
```
db/jdb       #Rex A. Huselton,    Connie E. Huselton,    PO Box 116,    North Washington, PA  16048-0116
aty          +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
              Philadelphia, PA 19106-1541
15000779     +BHS FASTER CARE PLLC,    PO Box 1549,    Suite 550,    Butler, PA 16003-1549
15000778      Berkheimer Tax Innovations,    P.O. Box 25690,    Lehigh Valley, PA 18002-1690
15000780     +Butler Anesthesia Associates,    7 Parkway Center #375,    Apex Dept,
              Pittsburgh, PA 15220-3704
15000781     +Butler County Court of Common Pleas,    PO Box 1208,    Courthouse,    Butler, PA 16003-1208
15000782     +Butler Emerg Phys Assoc,    5499 William Flynn Hwy.,    #200,    Gibsonia, PA 15044-9675
15000783     +Butler Emerg. Phys. Assocs.,    600 Waterfront Dr.,    Suite 225,    Pittsburgh, PA 15222-4751
15000784      Butler Imaging and Interventional,    One Hospital Way,    Butler, PA 16001-4697
15000785      Butler Memorial Hospital,    One Hospital Way,    Butler, PA 16001-4697
15000786      Butler Memorial Hospital,    911 E. Brady St.,    Butler, PA 16001
15000787     +Butler VA Medical Center,    Agent Cashier 33T,    325 New Castle RD,    Butler, PA 16001-2418
15000790    ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
             (address filed with court: Columbia Gas of Pennsylvania, Inc.,     200 Civic Center Dr.,
              11th Floor,    Columbus, OH 43215)
15000788      Centers for Rehab Services,    PO Box 371980,    Pittsburgh, PA 15250-7980
15000789     +Collection Service Center,    839 5th Ave,    PO Box 560,    New Kensington, PA 15068-0560
15000793     +Department of Veterans Affairs,    P.O. Box 530269,    Atlanta, GA 30353-0269
15000794      Emerald AR Systems, LLC,    PO Box 845066,    Los Angeles, CA 90084-5066
15000798     +Med Care Equipment Co LLC,    Home Medical Equipment,    115 Equity Drive,
              Greensburg, PA 15601-7190
15000799     +Milstead & Associates, LLC,    Attn: Bernadette Irace, Esq.,    1 E. Stow Road,
              Marlton, NJ 08053-3118
15000800     +North Shore Agency, Inc.,    270 Spagnoli Rd,    Suite 110,    Melville, NY 11747-3515
15000801     +Northwest Consumer Discount,    dba Washington Consumer Discount Co.,    Jefferson Court Plaza,
              176 West Chestnut Street,    Washington, PA 15301-4423
15000802      Pittsburgh Healthcare System VAMC 646,    University Drive C,    Pittsburgh, PA 15240
15000804     +Rickart Collection Systems,    575 Milltown Road,    PO Box 7242,
              North Brunswick, NJ 08902-7242
15000805     +Ricket Collection Systems,    575 Milltown RD,    PO BOX 7242,    North Brunswick, NJ 08902-7242
15000809     +UPMC Health Services,    2 Hot Metal St,    Dist. Room 386,    Pittsburgh, PA 15203-2348
15000811      Wahl Family Practice,    PO Box 1549,    Butler, PA 16003-1549

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: amoody@moodylawoffices.com Mar 06 2019 03:16:40      Anthony M. Moody,
              Moody Law Offices,    90 WEST CHESTNUT STE 603,    WASHINGTON, PA 15301-4524
tr           +EDI: QRSHEARER.COM Mar 06 2019 08:03:00      Robert Shearer,    5703 Brewster Lane,
              Erie, PA 16505-1109
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 06 2019 03:17:27      Pennsylvania Dept. of Revenue,
              Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
              Harrisburg, PA  17128-0946
ust           E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Mar 06 2019 03:17:34
              Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
              Pittsburgh, PA 15222-3721
15000791     +EDI: CONVERGENT.COM Mar 06 2019 08:03:00      Convergent Outsourcing,    800 SW 39th Street,
              PO Box 9004,    Renton, WA 98057-9004
15000792     +E-mail/Text: vmcpherson@creditmanagementcompany.com Mar 06 2019 03:17:57
              Credit Management Company,    2121 Noblestown Road,    PO Box 16346,    Pittsburgh, PA 15242-0346
15000795     +EDI: BLUESTEM Mar 06 2019 08:04:00      Finger Hut,    Direct Marketing,    6250 Ridgewood Rd,
              St. Cloud, MN 56303-0820
15000796      EDI: PHINAMERI.COM Mar 06 2019 08:03:00      GM Financial,    P.O. Box 183123,
              Arlington, TX 76096-3123
15000797      EDI: JEFFERSONCAP.COM Mar 06 2019 08:03:00      Jefferson Capital Systems,    16 McLeland Road,
              St. Cloud, MN 56303
15000803     +E-mail/Text: Supportservices@receivablesperformance.com Mar 06 2019 03:18:19
              Receivables Performance Management,    20816 44th Ave. W.,    Lynnwood, WA 98036-7744
15000806      E-mail/Text: jennifer.chacon@spservicing.com Mar 06 2019 03:18:26
              Select Portfolio Servicing,    PO Box 65250,    Salt Lake City, UT 84165-0250
15000807     +E-mail/Text: bankruptcydepartment@tsico.com Mar 06 2019 03:18:10      Transworld System Inc,
              Collection Agency,    300 Penn Center Blvd. 600,    Pittsburgh, PA 15235-5506
15000808     +E-mail/Text: bankruptcydepartment@tsico.com Mar 06 2019 03:18:10      Transworld Systems Inc.,
              500 Virginia Dr.,    Suite 514,    Fort Washington, PA 19034-2707
15000810     +EDI: VERIZONCOMB.COM Mar 06 2019 08:03:00      Verizon Wireless,    PO Box 660108,
              Dallas, TX 75266-0108
15000812      E-mail/Text: bankruptcy@firstenergycorp.com Mar 06 2019 03:17:44      West Penn Power,
              P.O. Box 3687,    Akron, OH 44309-3687
                                                                                              TOTAL: 15
```

```
District/off: 0315-2           User: lfin                    Page 2 of 2                   Date Rcvd: Mar 05, 2019
                               Form ID: 309A                 Total Noticed: 41
```

```
             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              U.S. Bank National Association, as successor Trust
                                                                                            TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 5, 2019 at the address(es) listed below:
```
              Anthony M. Moody    on behalf of Joint Debtor Connie E. Huselton amoody@moodylawoffices.com,
               moodyar81455@notify.bestcase.com
              Anthony M. Moody    on behalf of Debtor Rex A. Huselton amoody@moodylawoffices.com,
               moodyar81455@notify.bestcase.com
              James  Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as successor Trustee
               to LaSalle Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I
               Trust 2007-HE4, Asset-Backed Certificates, Series 2007- bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert    Shearer    information@robertshearer.com, rshearer@ecf.epiqsystems.com;rspclaw@gmail.com
                                                                                                 TOTAL: 5
```