UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                    Bankr. Case No. 19-20710-GLT-7

REX A. HUSELTON                                                                Chapter 7
    Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

    Americredit Financial Services, Inc. dba GM Financial
    PO Box 183853
    Arlington, TX  76096


By  /s/  Mandy Youngblood

    Mandy Youngblood
    PO Box 183853
    Arlington, TX  76096
    877-203-5538
    877-259-6417
    Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:  Bankr. Case No. 19-20710-GLT-7

REX A. HUSELTON  Chapter 7

    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on March 13, 2019 :

| ANTHONY M MOODY | Robert Shearer |
| --- | --- |
| 90 W CHESTNUT ST | 5703 Brewster Lane |
| WASHINGTON, PA  15301 | Erie, PA 16505 |

By /s/ Mandy Youngblood
Mandy Youngblood

xxxxx05435 / 982303